UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0023--CR (HRH)
"USA V TECHNIC SERVICES INC ET AL"
DEF 1.1 TECHNIC SERVICES INC

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/17/00
             Closed: 01/16/01
No. of Defendants: 2
   MJ Case Number:
                AKA:
    Location status: Released on Bond
         Trial date: 09/25/00
         Terminated: YES
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Timothy M. Burgess
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 TECHNIC SERVICES INC
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 42:7413(f)(4)&(h) & 7431(c)(1) CLEAN AIR ACT (F) | Sentenced (110-1) |
| 1 -   1 IND | 2 | 33:1311(a) & 1319(c)(2)(A) CLEAN WATER ACT (F) | Sentenced (110-1) |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0023--CR (HRH)
                        "USA V TECHNIC SERVICES INC ET AL"
                              DEF 2.1 RUSHING, RICK

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/17/00
             Closed: 01/16/01
 No. of Defendants: 2
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 09/25/00
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Mary C. Geddes
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3408
                    Serve: YES
                     Type: FPD
                     Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Timothy M. Burgess
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 RUSHING, RICK

 Document           Count     Citation and Description                      Disposition

     1 -    1 IND    1        42:7413(f)(4)&(h) & 7431(c)(1) CLEAN AIR ACT (F)   Sentenced
                                                                                 (109-1)

     1 -    1 IND    2        33:1311(a) & 1319(c)(2)(A) CLEAN WATER ACT (F)     Sentenced
                                                                                 (109-1)

     1 -    1 IND    3        18:1505 OBSTRUCTION OF PROCEEDING BEFORE           Sentenced
                              DEPARTMENTS & AGENCIES (F)                         (109-1)

     1 -    1 IND    4        18:1505 OBSTRUCTION OF PROCEEDING BEFORE           Sentenced
                              DEPARTMENTS & AGENCIES (F)                         (109-1)

     1 -    1 IND    5        18:1505 OBSTRUCTION OF PROCEEDING BEFORE           Sentenced
                              DEPARTMENTS & AGENCIES (F)                         (109-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0023--CR (HRH)
                              "USA V TECHNIC SERVICES INC ET AL"
                                    DEF 2.1 RUSHING, RICK

                     Including terminated defendants, excluding terminated counsel


  1 -    1 IND    6    18:1505 OBSTRUCTION OF PROCEEDING BEFORE              Sentenced
                       DEPARTMENTS & AGENCIES (F)                            (109-1)

  1 -    1 IND    7    18:1505 OBSTRUCTION OF PROCEEDING BEFORE              Sentenced
                       DEPARTMENTS & AGENCIES (F)                            (109-1)

  1 -    1 IND    8    18:1505 OBSTRUCTION OF PROCEEDING BEFORE              Sentenced
                       DEPARTMENTS & AGENCIES (F)                            (109-1)

  1 -    1 IND    9    18:1505 OBSTRUCTION OF PROCEEDING BEFORE              Sentenced
                       DEPARTMENTS & AGENCIES (F)                            (109-1)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                                "USA V TECHNIC SERVICES INC ET AL"

                                     For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/17/00
            Closed: 01/16/01
 No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/17/00 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 02/18/00 | [Re: DEF 1] AHB Grand Jury Minutes held 02/17/00: bail set at O/R; summons to be issued. Set for arr & notify USM. |
| 3 - 1 | 02/18/00 | [Re: DEF 2] AHB Grand Jury Minutes - held 02/17/00 [Re: DEF 2] AHB Grand Jury Minutes held 02/17/00: bail set at $5000; summons to be issued. Set for arr & notify USM. |
| 4 - 1 | 02/22/00 | [Re: DEF 1-2] JDR Minute Order re Arr set for 3/22/00 at 9:30 a.m. cc: USA, USM, USPO, M. Spaan, R. Rushing w/USM cy, Technic Services w/USM cy |
| 5 - 1 | 03/03/00 | USM Return of service executed re: DEF 1 on 3/2/00. |
| 6 - 1 | 03/16/00 | USM Return of service of summons re: def 2 executed 03/14/00. |
| 7 - 1 | 03/22/00 | [Re: DEF 1-2] JDR Court Minutes [ECR: Roy Van Hollebeke] re Arr on Indt (held 3/22/00); hrg cont as to both defs until 4/4/00 at 9:30 a.m.; Bond set at $10,000. unsecured; def directed to give a staus report as to cnsl & file a written document w/a corporate resolution of some documentation showing Mr. Rushing to be the spokesperson for Technic Services, Inc. cc: USA, USM, USPO |
| 8 - 1 | 03/22/00 | [Re: DEF 1-2] PLF 1 Appearance bond of $10,000. unsecured. |
| 9 - 1 | 03/22/00 | [Re: DEF 2] Order setting conditions of release re bond set at $10,000. unsecured. cc: USA, USM, USPO |
| 10 - 1 | 04/04/00 | [Re: DEF 1-2] JDR Court Minutes [ECR: Roy Van Hollebeke] of cont arr on Indt (held 4/4/00); cont arr set 1:30 p.m., 4/11/00; previously imposed conditions of release and bond remain as set. cc: USA, USM, PO |
| NOTE - 1 | 04/11/00 | [Re: DEF 1-2] Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 11 - 1 | 04/11/00 | DEF 1-2 Attorney Appearance of Paul Nangle. |
| 12 - 1 | 04/11/00 | [Re: DEF 1-2] JDR Court Minutes [ECR: Elisa Singleton] re Cont Arr on Indt (held 4/11/00); Paul Nangle retained; defs pled not guilty; PTM's due 5/1/00. cc: USA, P. Nangle, USM, USPO, Judge Holland |
| 13 - 1 | 04/11/00 | [Re: DEF 2] JDR Order regarding preparation for trial re PTM's due 5/1/00; cnsl to meet & confer by 4/18/00. cc: USA, P. Nangle |
| 14 - 1 | 04/11/00 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 5/1/00; cnsl to meet & confer by 4/18/00. cc: USA, P. Nangle |
| 15 - 1 | 04/13/00 | [Re: DEF 1-2] HRH Order setting TBJ outside speedy trial window for 6/5/00; parties to be prepared to try case either 5/8/00 or 5/15/00 if no pretrial motions filed which will give excludable delay. cc: USA, |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                           "USA V TECHNIC SERVICES INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | USM, PTS, P. Nangle, MJ Roberts, JC |
| 16 - 1 | 04/26/00 | DEF 1-2 motion to have case declared complex & to continue trial until 09/01/00 w/att memo. |
| 17 - 1 | 04/28/00 | [Re: DEF 1-2] Stipulation pursuant to discovery conf. |
| 18 - 1 | 04/28/00 | DEF 1-2 motion for extension of time until 06/15/00 to file pretrial motions w/att memo & aff. |
| 19 - 1 | 05/01/00 | [Re: DEF 1-2] HRH Minute Order setting hearing on #16, mot to continue & declare case complex, for 5/2/00. cc: USA, P. Nangle, MJ Roberts |
| 20 - 1 | 05/01/00 | [Re: DEF 1-2] JDR Minute Order granting in part motion for extension of time to file pretrial motions to and including 5/8/00 (18-1); Crt will not determine defs' motion to have the case declared complex until after 5/5/00 when oppo is due; govt to respond to the motion for ext of time to file PTM's as directed. |
| 21 - 1 | 05/03/00 | [Re: DEF 1-2] HRH Court Minutes [ECR: Helen Gill] of hrg on mot to declar case complex and to cont trial (held 5/2/00) granting/denying motion to have case declared complex & to continue trial until 09/01/00 (16-1); TBJ set 6/5/00 is VACATED and reset for 9/25/00; date may be moved out one week fi crt's calendar changes and permits it; although case not considered complex, excludable delay is found for continuance under 18:3161(h)(8)(B)(iv). cc: USA, P. Nangle, USM, PO, MJ Roberts, JC |
| 22 - 1 | 05/04/00 | [Re: DEF 1-2] HRH AMENDED Court Minutes [ECR: Helen Gill] of hrg on mot to declar case complex and to cont trial (held 5/2/00) granting/denying motion to have case declared complex & to continue trial until 09/01/00 (16-1); TBJ set 6/5/00 is VACATED and reset for 9/25/00; date may be moved out one week fi crt's calendar changes and permits it; ptm ddln extended to 6/30/00; although case not considered complex, excludable delay is found for continuance under 18:3161(h)(8)(B)(iv). cc: USA, P. Nangle, USM, PO, MJ Roberts, JC |
| 23 - 1 | 05/04/00 | [Re: DEF 1-2] PLF 1 response to ord of 05/01/00 to DEF 1-2 motion for extension of time until 06/15/00 to file pretrial motions (18-1). |
| 24 - 1 | 06/30/00 | DEF 1-2 motion to dismiss count 1 on grounds that complaint lacks particular reference to any applicalbe work practice standards. |
| 25 - 1 | 06/30/00 | DEF 1-2 motion to dismiss count 1 on grounds of unconstitutional delegation of authority. |
| 26 - 1 | 06/30/00 | DEF 1-2 motion to consolidate counts 4 & 9 w/att exh. |
| 27 - 1 | 07/06/00 | [Re: DEF 1-2] PLF 1 Unopposed Motion on shortened time for enlargementt of time until 07/20/00 to respond to pretrial mots w/att aff of cnsl. |
| 28 - 1 | 07/06/00 | [Re: DEF 1-2] JDR Minute Order grant govt's unopposed motion on shortened time for enlargement of time until 7/20/00 to respond to PTM's (27-1). cc: USA, P. Nangle |
| 29 - 1 | 07/20/00 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to dismiss count 1 re: Failure to give notice (24-1) w/att exh. |
| 30 - 1 | 07/20/00 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to dismiss count 1 re: Delegation of authority (25-1). |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                            "USA V TECHNIC SERVICES INC ET AL"

                                   For all filing dates

 Document #   Filed       Docket text


   31 -  1    07/20/00    [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to consolidate counts 4
                          & 9   (26-1).

   32 -  1    07/26/00    PLF 1; DEF 1-2 Unopposed Motion on shortened time for enlargement of
                          time until 8/1/00 to reply to PTM's. w/atch declaration.

   32 -  2    07/26/00    [Re: DEF 1] JDR Order grant unopposed motion on shortened time for
                          enlargement of time until 8/1/00 to reply to PTM's. cc: USA, P. Nangle

   33 -  1    08/01/00    DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss count 1 on
                          grounds of unconstitutional delegation of authority (25-1).

   34 -  1    08/01/00    DEF 1-2 reply to opposition to DEF 1-2 motion (for bill of particualrs)
                          to dismiss count 1 on grounds that complaint lacks particular reference
                          to any applicable work practice standards. (24-1)

   35 -  1    08/01/00    DEF 1-2 reply to opposition to DEF 1-2 motion to consolidate counts 4 &
                          9   (26-1).

   36 -  1    08/01/00    DEF 1-2 Request for Oral Argument re: DEF 1-2 motion to dismiss count 1
                          on grounds that complaint lacks particular reference to any applicable
                          work practice standards (24-1), DEF 1-2 motion to dismiss count 1 on
                          grounds of unconstitutional delegation of authority. (25-1), DEF 1-2
                          motion to consolidate counts 4 & 9 (26-1).

   37 -  1    08/04/00    [Re: DEF 1-2] JDR Minute Order that defs' request for O/A is GRANTED;
                          o/a on mots to dismiss (24-1, 25-1) set 9:30 a.m., 8/11/00.  cc: USA, P.
                          Nangle, USM, PO

   38 -  1    08/11/00    [Re: DEF 1-2] JDR Court Minutes [ECR: Roy Van Hollebeke] re O/A on defs'
                          motions to dismiss (dkt 24 & 25)(held 8/11/00); Mr. Nangle to file the
                          Supreme Crt's petition re "Brief For the Respondent In Opposition" with
                          the crt & serve a cy on the govt due today (8/11/00); crt taking under
                          advisement motion to dismiss count 1 on grounds that complaint lacks
                          particular (24-1), motion to dismiss count 1 on grounds of
                          unconstitutional delegation of (25-1), motion to consolidate counts 4 &
                          9 (26-1). cc: USA, P. Nangle

   39 -  1    08/11/00    DEF 1-2 Supplement re (document in support): DEF 1-2 motion to dismiss
                          count 1 on grounds that complaint lacks particular  reference to any
                          applicalbe work practice standards. (24-1), DEF 1-2 motion to dismiss
                          count 1 on grounds of unconstitutional delegation of authority. (25-1)
                          w/atch exhibits.

   40 -  1    08/11/00    Initial R&R re: DEF 1-2 motion to dismiss count 1 on grounds that
                          complaint lacks particular  reference to any applicalbe work practice
                          standards. (24-1). Recommended be denied. Objections due 08/16/00. Reply
                          due 08/22/00. cc: USA, P. Nangle, Judge Holland c

   41 -  1    08/11/00    Initial R&R re: DEF 1-2 motion to dismiss count 1 on grounds of
                          unconstitutional delegation of authority. (25-1). Recommended be denied.
                          Objections due 08/16/00. Reply due 08/22/00. cc: USA, P. Nangle, Judge
                          Holland

   42 -  1    08/14/00    Initial R&R re: DEF 1-2 motion to consolidate counts 4 & 9 (26-1).
                          Recomended be denied. Objections due 08/21/00. Reply due 08/28/00. cc:
                          USA, P. Nangle, Judge Holland
```

```
                      UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                                  "USA V TECHNIC SERVICES INC ET AL"

                                          For all filing dates


 Document #    Filed       Docket text

    43 -   1   08/16/00    DEF 1-2 objection to R&R re: DEF 1-2 motion to dismiss count 1 on
                           grounds of unconstitutional delegation of authority. (25-1).

    44 -   1   08/21/00    [Re: DEF 1-2] PLF 1 reply to objection to R&R re: DEF 1-2 motion to
                           dismiss count 1 on grounds of unconstitutional delegation of authority
                           (25-1) .

    45 -   1   08/21/00    DEF 1-2 Appeal to Magistrate Ruling (objection to R&R) re: DEF 1-2
                           motion to consolidate counts 4 & 9 (26-1).

    46 -   1   08/28/00    Final R&R declines to modify initial R&R re: DEF 1-2 motion to dismiss
                           count 1 on grounds of unconstitutional delegation of authority (25-1).
                           cc: USA, P. Nangle, Judge Holland

    47 -   1   08/29/00    Final R&R re: DEF 1-2 motion to consolidate counts 4 & 9 (26-1). MJ
                           declines to modify recommendation that motion be denied. cc: USA, P.
                           Nangle, Judge Holland

    48 -   1   09/06/00    [Re: DEF 1-2] PLF 1 motion (application) to use the digital evidence
                           presentation system.

    48 -   2   09/07/00    [Re: DEF 1-2] HRH Order granting motion (application) to use the digital
                           evidence presentation system (48-1). cc: USA, P. Nangle, ECR, JC, DEPS
                           Clerk, J. Haley

    49 -   1   09/11/00    [Re: DEF 1-2] HRH Order denying motion to dismiss count 1 on grounds of
                           unconstitutional delegation of (25-1).  cc: USA, P. Nangle, USM, PO, MJ
                           Roberts

    50 -   1   09/11/00    [Re: DEF 1-2] HRH Order denying motion to consolidate counts 4 & 9
                           (26-1).  cc: USA, P. Nangle, USM, PO, MJ Roberts

    51 -   1   09/12/00    [Re: DEF 1-2] HRH Order denying motion to dismiss count 1 on grounds
                           that complaint lacks particular (24-1). cc: USA, P. Nangle, MJ Roberts

    52 -   1   09/13/00    [Re: DEF 1-2] PLF 1 motion in limine to exclude evidence concerning lack
                           of actual harm .

    53 -   1   09/15/00    [Re: DEF 1-2] PLF 1 motion in limine to exclude irrelevant evidence &
                           improper argument.

    54 -   1   09/18/00    [Re: DEF 1-2] PLF 1 Proposed Voir Dire.

    55 -   1   09/18/00    [Re: DEF 1-2] PLF 1 motion in limine to exclude evidence concerning lack
                           of actual harm.

    56 -   1   09/18/00    [Re: DEF 1-2] PLF 1 Notice of 404(b) evidence.

    57 -   1   09/18/00    DEF 1-2 Proposed Questions for Voir Dire.

    58 -   1   09/18/00    DEF 1-2 Proposed Jury Instructions.

    59 -   1   09/18/00    DEF 1-2 motion to compel disclosure of documents and tangible items
                           intended for use in proceedings.

    60 -   1   09/18/00    DEF 1-2 motion to compel disclosure of statements intended for use in
                           proceedings .

 ACRS: R_RDSDX                    As of 12/01/05 at 2:53 PM by GARRY                       Page 4
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                        "USA V TECHNIC SERVICES INC ET AL"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 61 - 1 | 09/18/00 | DEF 1-2 motion in limine to exclude evidence of prior drug use and alleged threats w/att exh. |
| 62 - 1 | 09/18/00 | DEF 1-2 motion to suppress evidence w/att exhs. |
| 63 - 1 | 09/18/00 | [Re: DEF 1-2] PLF 1 Proposed Jury Instructions. |
| 64 - 1 | 09/18/00 | [Re: DEF 1-2] PLF 1 Trial Brief. |
| 65 - 1 | 09/21/00 | [Re: DEF 1-2] PLF 1 opposition to DEF 1-2 motion to compel disclosure of documents and tangible items intended for use in proceedings (59-1); DEF 1-2 motion to compel disclosure of statements intended for use in proceedings (60-1); DEF 1-2 motion to exclude introduction of prior drug use (61-1); DEF 1-2 motion to suppress evidence (62-1). |
| 66 - 1 | 09/21/00 | DEF 1-2 opposition to [Re: DEF 1-2] PLF 1 motion in limine to exclude evidence concerning lack of actual harm (52-1) w/att exhs. |
| 67 - 1 | 09/21/00 | DEF 1-2 motion in limine to exclude all evidence relating to prior acts or omissions. |
| 68 - 1 | 09/21/00 | DEF 1-2 reply to opposition to DEF 1-2 motion to compel disclosure of documents and tangible items intended for use in proceedings. (59-1), DEF 1-2 motion to compel disclosure of statements intended for use in proceedings . (60-1), DEF 1-2 motion in limine to exclude evidence of prior drug use and alleged threats (61-1), DEF 1-2 motion to suppress evidence (62-1) |
| 69 - 1 | 09/21/00 | DEF 1-2 opposition to [Re: DEF 1-2] PLF 1 motion in limine to exclude irrelevant evidence & improper argument (53-1) . |
| 70 - 1 | 09/22/00 | [Re: DEF 1-2] PLF 1 Notice to w/d mot in limine to exclude evidence concerning lack of actual harm dated 9/18/00 at dkt #55. |
| 70 - 2 | 09/22/00 | [Re: DEF 1-2] Clerk's Notice withdrawing motion in limine to exclude evidence concerning lack of actual harm (55-1). |
| 71 - 1 | 09/22/00 | [Re: DEF 1-2] HRH Order denying motion to compel disclosure of documents and tangible items intended for use (59-1), motion to compel disclosure of statements intended for use in proceedings (60-1); granting motion in limine to exclude all evidence relating to prior acts or omissions (67-1); granting/denying motion in limine to exclude evidence of prior drug use and alleged threats (61-1); striking motion to suppress evidence (62-1). cc: USA, P. Nangle |
| 72 - 1 | 09/22/00 | [Re: DEF 1-2] HRH Order granting motion in limine to exclude evidence concerning lack of actual harm (52-1). cc: USA, P. Nangle |
| 73 - 1 | 09/22/00 | [Re: DEF 1-2] HRH Order granting motion in limine to exclude irrelevant evidence & improper argument (53-1). cc: USA, P. Nangle |
| 74 - 1 | 09/25/00 | [Re: DEF 1-2] PLF 1 Exhibit List. |
| 75 - 1 | 09/25/00 | PLF 1; DEF 1-2 Trial Stipulation re: video tape of asbestos abatement work & composite video admitted into evidence for all purposes w/o limitation. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                         "USA V TECHNIC SERVICES INC ET AL"

                                 For all filing dates


Document #   Filed      Docket text

   76 -  1   09/25/00   PLF 1; DEF 1-2 Trial Stipulation that exhibist 1-11, 16-18, 38-39 are
                        admitted into evidence for all purposes w/o limitations.

   75 -  2   09/26/00   HRH Order granting stip. cc: USA, P Nangle

   76 -  2   09/26/00   HRH Order granting stip. cc: USA, P. Nangle

   77 -  1   09/26/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] TBJ - DAY 1 (held
                        9/25/00) jury chosen; plf's exh list and trial stipulations FILED; crt
                        to resume 9/26/00. cc: USA, P. Nangle

   78 -  1   09/27/00   [Re: DEF 1-2] PLF 1 Notice of filing Supp proposed 404(b) limiting
                        instruction.

   79 -  1   09/27/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton/Linda Christensen]
                        TBJ- Day 2 (held 9/26/00) crt instructed Mr. Burgess to provide crt w/cy
                        of proposed jury instructions first thing Wed morning. cc: USA, P.
                        Nangle

   80 -  1   09/27/00   [Re: DEF 1-2] Partial Transcript re: TBJ - Day 1 held 9/25/00.

   81 -  1   09/28/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton/Bonnie Boyer]; re
                        TBJ day 3 (held 9/27/00); crt to reconvene 9/28/00 at 9:00 a.m.

   82 -  1   09/28/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton]  TBJ-Day 4 (held
                        9/28/00) def cnsl asked for directed verdict on all Cts; DENIED as to
                        Cts 1,2,4,5,6,7,8,&9, crt's tentative ruling on Ct 3 DENIED. cc: USA,
                        Nangle

   83 -  1   09/29/00   [Re: DEF 1-2] PLF 1 Notice of filing supplmntl requested jury
                        instructions w/att instructions.

   84 -  1   10/02/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] re TBJ day 5
                        (held 10/2/00); crt to reconvene 10/3/00 at 9:00 a.m.

   85 -  1   10/02/00   DEF 1-2 Reply memo re Lesser Include Offense Istruction on Ct 1.

   86 -  1   10/02/00   [Re: DEF 1-2] PLF 1 Opposition to defs' request for negligent
                        endangerment instructions.

   87 -  1   10/04/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] TBJ - DAY 6 (held
                        10/03/00) crt hrd: jury instructions; jury released until 1pm at which
                        time they will begin deliberations. cc:USA, Nangle

   88 -  1   10/05/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] TBJ- DAY 7 (held
                        10/04/00) jury execused to return 10/5/00 at 9am to resume
                        deliberations. cc:USA, T. Nangle

   89 -  1   10/06/00   [Re: DEF 1-2] Jury Instructions.

   90 -  1   10/06/00   [Re: DEF 1-2] Verdict guilty on all counts.

   91 -  1   10/06/00   [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] TBJ - Day 8 (held
                        10/05/00) verdict published GUILTY to all counts; def to remain on
                        previously set conditions of release pending IOS; IOS set for 1/5/ 01 at
                        8:30 am. cc: USA, Nangle, MJ Roberts, USM, PO


ACRS: R_RDSDX               As of 12/01/05 at 2:53 PM by GARRY                       Page 6
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                        "USA V TECHNIC SERVICES INC ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 92 | - 1 | 10/12/00 | DEF 2 motion for judgment of acquittal or in the alternative for new trial w/att memo. |
| 93 | - 1 | 10/30/00 | [Re: DEF 2] PLF 1 Unopposed Motion for enlargement of time until 11/03/00 to respond to post trial motion w/att dec. |
| 93 | - 2 | 10/30/00 | [Re: DEF 2] PLF 1 Unopposed Motion on shortened time re: 93-1 w/att dec. |
| 94 | - 1 | 10/31/00 | [Re: DEF 1-2] HRH Order granting gvt to 11/3/00 to oppose mot for jmt of acquittal; rely due 11/9/00. cc: USA, P. Nangle |
| 95 | - 1 | 11/03/00 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for judgment of acquittal or in the alternative for new trial (92-1). |
| 96 | - 1 | 11/09/00 | DEF 1-2 motion for enlargement of time until 11/16/00 to reply to post-trial motions w/att aff. |
| 96 | - 2 | 11/09/00 | DEF 1-2 motion on shortened time re: Motion for enlargement of time to reply to post-trial motions w/att aff. |
| 97 | - 1 | 11/09/00 | [Re: DEF 1-2] HRH Order granting motion for enlargement of time until 11/16/00 to reply to post-trial motions (96-1), motion on shortened time re: Motion for enlargement of time to reply to (96-2). cc: USA, P. Nangle, P. Nangle |
| 98 | - 1 | 11/16/00 | DEF 1-2 reply to opposition to DEF 2 motion for judgment of acquittal or in the alternative for new trial (92-1). |
| 99 | - 1 | 11/27/00 | [Re: DEF 2] HRH Order denying motion for judgment of acquittal or in the alternative for new trial (92-1). cc: USA, P. Nangle |
| 100 | - 1 | 12/29/00 | [Re: DEF 1-2] PLF 1 Sentencing Memorandum. |
| 101 | - 1 | 12/29/00 | DEF 1-2 Sentencing Memorandum. |
| 102 | - 1 | 01/04/01 | [Re: DEF 1-2] PLF 1 Reply to defs' sentencing memo. |
| 103 | - 1 | 01/05/01 | [Re: DEF 2] PLF 1 motion for detention. |
| NOTE | - 2 | 01/08/01 | [Re: DEF 2] Issued WOA. |
| 104 | - 1 | 01/08/01 | [Re: DEF 1-2] HRH Court Minutes [ECR: Elisa Singleton] re IOS (held 1/5/01);   def not present; bench warrant issued; IOS cont until warrant executed. cc: USA, P. Nangle, USM, USPO |
| NOTE | - 3 | 01/10/01 | Notice of arrest, R. Rushing, 1/10/01. |
| 105 | - 1 | 01/11/01 | [Re: DEF 1-2] HRH Minute Order setting IOS for 1/12/01 at 9:15. cc: USA, USM, PO, P. Nangle |
| 106 | - 1 | 01/11/01 | [Re: DEF 1-2] PLF 1 Supplemental Sentencing Memorandum w/att exhs. |
| 107 | - 1 | 01/12/01 | [Re: DEF 2] HRH Court Minutes [ECR: Elisa Singleton] IOS (held 1/12/01) sentenced 57 mo on Ct 1 & 3-9 and 36 mo on Ct 2 terms to be served concurrently; SR 36 mo on Ct 1 and 3-9 and 12 mo on Ct 2; Fined $520,000.00; SA $900.00; def remanded to USM. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                              "USA V TECHNIC SERVICES INC ET AL"

                                   For all filing dates


 Document #   Filed      Docket text

   108 -   1  01/12/01   [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] IOS (held 1/12/01)
                         def placed on probation for 60 mo; SA $800.00; Fine $600,000.00.

   109 -   1  01/16/01   [Re: DEF 2] VACATED BY ORDER AT #127 -  HRH Judgment found guilty on
                         count(s) 1,2,3,4,5,6,7,8,9 of the Indictment (1-1); sentence 57 mo on
                         Cts 1 & 3-9; Ct 2 36 mo to run concurrently; SR 36 mo Ct 1 & 3-9; Ct 2
                         12 mo to be served concurrently;SA $900.00; Fine $520,000.00. cc:  USA,
                         P. Nangle,Rick Rushing (w/cnsl cpy), USM, PO, FLU, MJ Roberts

   110 -   1  01/16/01   [Re: DEF 1] HRH Judgment found guilty on count(s) 1,2 of the Indictment
                         (1-1); probation 60 months; SA $800.00; Fine $600,000.00. cc: USA, P.
                         Nangle, USM, PO, FLU, MJ Roberts, Technic Services Inc (w/cnsl cy)

   111 -   1  01/17/01   USM [Re: DEF 2] Return of WOA executed 01/10/01.

   112 -   1  01/18/01   [Re: DEF 1-2] HRH Minute Order terminating in light of this order:
                         motion for detention (103-1) moot. cc: USA, P. Nangle

   113 -   1  01/19/01   DEF 1-2 appeal to 9CCA of (109-1) filed 01/16/01, (110-1) filed
                         01/16/01. cc: cnsl, Judge, Marshal, Probation, 9CCA

   114 -   1  01/19/01   DEF 1-2 Transcript Designation re: notice of appeal (113-1). cc: ECR
                         w/Order form

  NOTE -   4  01/23/01   Transmittal: Forwarded notice of appeal (113-1) to 9CCA.

   115 -   1  01/23/01   [Re: DEF 1] Cy 9CCA Time Schedule Order. (113-1) cc: cnsl, ECR, 9CCA
                         (orig)

   116 -   1  01/23/01   [Re: DEF 2] Cy 9CCA Time Schedule Order. (113-1) cc: cnsl, ECR, 9CCA
                         (orig)

   117 -   1  02/20/01   [Re: DEF 1-2] Partial Transcript re: IOS held 1/12/01.

   117A-   1  03/26/01   [Re: DEF 1-2] Transcript (TBJ - Day 1 on 09/25/00) re: notice of appeal
                         (113-1) [In brown folder behind file]

   117B-   1  03/26/01   [Re: DEF 1-2] Transcript (TBJ - Day 2 on 09/26/00) re: notice of appeal
                         (113-1) [In brown folder behind file]

   117C-   1  03/26/01   [Re: DEF 1-2] Transcript (TBJ - Day 3 on 09/27/00) re: notice of appeal
                         (113-1) [In brown folder behind file]

   117D-   1  03/26/01   [Re: DEF 1-2] Transcript (TBJ - Day 4 on 09/28/00) re: notice of appeal
                         (113-1) [In brown folder behind file]

   117E-   1  03/26/01   [Re: DEF 1-2] Transcript (TBJ - Day 5 on 10/02/00) re: notice of appeal
                         (113-1) [In brown folder behind file]

   117F-   1  03/26/01   [Re: DEF 1-2] Transcript (Partial transcript of IOS ON 01/12/01) re:
                         notice of appeal (113-1) [In brown folder behind file]

   118 -   1  04/11/01   [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD.

  NOTE -   5  04/12/01   Issued: writ of execution re: DEF 2 on PFD.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                            "USA V TECHNIC SERVICES INC ET AL"
 ─────────────────────────────────────────────────────────────────────────────
                                 For all filing dates
 ─────────────────────────────────────────────────────────────────────────────

 Document #    Filed      Docket text
 ─────────────────────────────────────────────────────────────────────────────
  119 -   1   04/18/01   [Re: DEF 1-2] cy 9CCA Certificate of Record. (113-1) cc: cnsl, 9CCA
                         (orig)

  120 -   1   10/26/01   USM Return on writ of execution re:DEF 2 partially satisfied $1,848.28
                         receipt 00116093).

  121 -   1   11/30/01   [Re: DEF 2] PLF 1 motion to release attached PFD funds.

  122 -   1   12/04/01   [Re: DEF 2] HRH Order granting motion to release attached PFD funds
                         (121-1). cc: USA, P. Nangle, Finance, PO

  123 -   1   04/08/02   [Re: DEF 2] PLF 1 Application re: Writ of Execution re: PFD.

 NOTE -   6   04/10/02   Issued: writ of execution on DEF 2 re: PFD.

 NOTE -   7   06/12/02   Transmittal: Forwarded D.C. record to 9CCA consisting of 5 original
                         volumes and 2 expando w/ transcripts.

 NOTE -   8   06/19/02   Notation (re: Appeal): received ntc that 9CCA in receipt of files.

  124 -   1   04/01/03   USM Return of svc on writ of garnishment re: DEF 1 on 4/18/02 no funds.

  125 -   1   04/04/03   [Re: DEF 1-2] Copy of Order from 9CCA. (113-1) Court having been
                         notified that appellants are no longer represented by cnsl at the
                         appellate level, Appellants' pro se motion for enlargement of time to
                         April 10, 2003, to file a petition for rehearing is GRANTED.  cc:
                         Technic Svcs Inc c/o R. Rushing, R. Rushing, Judge Holland

 NOTE -   9   06/10/03   Notation (re: Appeal): record received from 9CCA consisting of  5
                         volumes and 6 reporters transcripts.

  126 -   1   08/15/03   [Re: DEF 1-2] 9CCA Judgment/Final Order re: notice of appeal (113-1)
                         that the judgment of said District Court in this cause be, and hereby is
                         REVERSED AND other convictions of both defendants are AFFIRMED.  TSI's
                         sentence is AFFIRMED.  Rushing's fine is AFFIRMED and his prison
                         sentence is VACATED and REMANDED for reconsideration.  cc: cnsl, USM,
                         USPO, Judge Holland

  127 -   1   08/21/03   [Re: DEF 2] HRH Order vacating jmt at #109; USM to transport def to
                         Anchorage for resentencing & notify court of arrival date; IOS date &
                         due date for sentencing memo will be set after notification by USM when
                         def will arrive. cc: USA, USM, R. Rushing

  128 -   1   08/28/03   DEF 2 motion for release while pending remand back to district court of
                         Alaska

  129 -   1   08/29/03   DEF 2 motion for appointment of standby counsel

  130 -   1   09/03/03   DEF 1 motion for leave to withdraw

  131 -   1   09/03/03   [Re: DEF 2] PLF 1 opposition to DEF 2 motion for release while pending
                         remand back to district court of Alaska (128-1)

  132 -   1   09/15/03   DEF 2 reply to opposition to DEF 2 motion for release while pending
                         remand back to district court of Alaska (128-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                            "USA V TECHNIC SERVICES INC ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 133 - 1 | 09/18/03 | [Re: DEF 1-2] HRH Order denying motion for release while pending remand back to district court of Alaska for resentencing (128-1), motion for appointment of standby counsel (129-1); granting Paul Nangle's motion for leave to withdraw (130-1); def to file CJA 23 (financial aff) with court to see if def qualifies for appointment of cnsl. cc: USA, P. Nangle, R. Rushing |
| 134 - 1 | 09/22/03 | [Re: DEF 2] HRH Minute Order re: reply to opp filed at #132; court reviewed and reaffirms order denying def's mot for release pending remand. cc: USA, R. Rushing, MJ Roberts |
| 135 - 1 | 09/26/03 | [Re: DEF 2] HRH Minute Order re letter to clerk requesting date of arrival in Alaska for resentencing. cc: R. Rushing, USA, MJ Roberts |
| 136 - 1 | 09/29/03 | DEF 2 motion for reconsideration sentencing order due to procedural and other errors |
| 137 - 1 | 10/01/03 | [Re: DEF 2] HRH Order denying motion for reconsideration sentencing order due to procedural and other errors (136-1); def to be returned to Alaska for resentencing. cc: USA, R. Rushing |
| 138 - 1 | 10/02/03 | DEF 2 motion for reconsideration of crt's orders due to procedural & plain error |
| 139 - 1 | 10/02/03 | DEF 2 motion to arrest post-sentencing order & executory jmt of cts 4-9, pursuant to writ of error, w/att excerpt of record |
| 140 - 1 | 10/02/03 | DEF 2 motion to stay sentencing order of cts 1-9 & executory jmt |
| 140 - 2 | 10/02/03 | DEF 2 Request for Oral Argument re: DEF 2 motion to stay sentencing order of cts 1-9 & executory jmt (140-1) |
| 141 - 1 | 10/02/03 | DEF 2 motion for enlargement of time for all motions filed from #127 (by either party, to a time determined by court) |
| 142 - 1 | 10/03/03 | [Re: DEF 2] HRH Minute Order denying motion for reconsideration of crt's orders due to procedural & plain error (138-1). cc: USA, R. Rushing |
| 143 - 1 | 10/07/03 | [Re: DEF 2] HRH Minute Order setting re-IOS for 10/15/03 at 8:30 am; supp sent memos due Noon, 10/14/03; USM to serve cy of this on def at CIPT. cc: USA, USM (w/def cy), PO |
| 144 - 1 | 10/14/03 | [Re: DEF 2] PLF 1 Supplemental Sentencing Memorandum. |
| 145 - 1 | 10/14/03 | [Re: DEF 2] PLF 1 oppo to DEF 2 mot to stay sentencing order of cts 1-9 & executory jmt (140-1). |
| 146 - 1 | 10/14/03 | [Re: DEF 2] PLF 1 oppo to DEF 2 mot to arrest post-sentencing order & executory jmt of cts 4-9, pursuant to writ of error (139-1). |
| 147 - 1 | 10/14/03 | DEF 2 motion for enlargement of time to 10/16/03 to file supplemental sentencing memorandum. |
| 148 - 1 | 10/15/03 | [Re: DEF 2] HRH Court Minutes [ECR: Elisa Singleton] RE-IOS, HELD 10/15/03; continued to 10/27/03 at 8:30 am; Mr Oesterle to appear telephonically; Mr Burgess to have stand-in counsel present in courtroom; denying motion to arrest post-sentencing order & executory |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                                "USA V TECHNIC SERVICES INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | jmt of cts 4-9, pursuant (139-1), motion to stay sentencing order of cts 1-9 & executory jmt (140-1); granting motion for enlargement of time to 10/16/03 to file supplemental sentencing me (147-1). cc: USA, USM, PO, R. Rushing |
| 149 - 1 | 10/20/03 | DEF 2 Objections to gvt's supplemental presentence report and sentencing memo |
| 150 - 1 | 10/21/03 | [Re: DEF 2] AMENDED HRH Court Minutes [ECR: Elisa Singleton], re-IOS, held 10/15/03; mots at #139 denied; mot to stay at #140 denied, mot for ext of time at #147 granted; IOS continued to 10/22/03 at 8:30. cc: USA, USM, PO, R. RUSHING |
| 151 - 1 | 10/22/03 | [Re: DEF 2] HRH Court Minutes [ECR: Robin Carter] re-IOS, held 10/22/03; 9CCA reverse jury's conviction on ct 8; sent 57 months cts 1,3,4-7 & 9; 36 months ct 2, all concurrent w/credit for time served; s/r 3 years; fined $520,000; s/a $800; any overpayment on s/a to be credited to fine; def remanded. |
| 152 - 1 | 10/23/03 | [Re: DEF 2] HRH Judgment (Amended); found guilty to cts 1-7, 9; sent 57 months cts 1,3-7, 9, and 36 months ct 2, concurrent, with credit for time served; s/r 3 years; s/a $800; fined $520,000; remanded to USM. cc: USA, USM, PO, R. Rushing, FLU, Finance, MJ Roberts |
| 153 - 1 | 10/24/03 | DEF 2 appeal to 9CCA of (152-1) filed 10/23/03. cc:R. Rushing, T. Burgess, Judge Holland, USPO, USM, 9CCA |
| NOTE - 10 | 10/27/03 | Transmittal: Forwarded notice of appeal (153-1) to 9CCA. |
| 154 - 1 | 10/27/03 | [Re: DEF 2] Cy 9CCA Time Schedule Order. (153-1) cc: R. Rushing, T. Burgess, ECR, 9CCA (Original) |
| 155 - 1 | 10/28/03 | [Re: DEF 2] HRH Order re court decision on burden of proof issue. cc: USA, R. Rushing |
| 156 - 1 | 10/29/03 | DEF 2 motion for correction of sentence and/or for new trial w/att exhs |
| 157 - 1 | 10/29/03 | DEF 2 motion to arrest judgment of counts 1-9 |
| 158 - 1 | 11/05/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to arrest judgment of counts 1-9 (157-1). |
| 159 - 1 | 11/05/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for correction of sentence and/or for new trial (156-1). |
| NOTE - 11 | 11/12/03 | Notation (re: Appeal): forwarded corrected cover letter to 9CCA. |
| 160 - 1 | 11/12/03 | [Re: DEF 2] HRH Order denying motion for correction of sentence and/or for new trial (156-1), motion to arrest judgment of counts 1-9 (157-1). cc: AUSA, R. Rushing |
| 161 - 1 | 11/25/03 | [Re: DEF 2] Copy of Order from 9CCA. W/in 28 days from date of order appellant shall 1) retain cnsl who shall file notice of appearance 2) file a mot for app of cnsl w/completed CJA Form 23 or 3) inform 9CCA in writing of clear and unequivocal req that crt exercise its discretion to permit appellant to proceed on appeal w/o assistance of cnsl. W/in 28 days of this order appellant shall 1) pay to USDC $105 filing & dktg fee for this appeal and file proof w/9CCA of such payment or 2) file w/9CCA mot to proceed IP. Failure to pay fees or file a mot to proceed IP may |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                   "USA V TECHNIC SERVICES INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | result in dismissal of appeal for failure to prosecute. New briefing schedule shall be established upon compliance w/this order. (153-1) cc:R. Rushing, T. Burgess, Judge Holland |
| 162 - 1 | 12/15/03 | [Re: DEF 2] Partial Transcript re: IOS held 10/22/03. |
| 163 - 1 | 01/22/04 | DEF 2 Transcript Designation Form re: notice of appeal (153-1); transcript order form previously sent. cc:ecr |
| 164 - 1 | 02/03/04 | [Re: DEF 2] Partial Transcript of TBJ-Day 6 held 10/3/00 re: notice of appeal (153-1) |
| 165 - 1 | 02/03/04 | [Re: DEF 2] Transcript pf Re-Sentencing Hearing held 10/15/03 re: notice of appeal (153-1) |
| 166 - 1 | 02/03/04 | [Re: DEF 2] Partial Transcript of Continued Re-Sentencing Hearing held 10/22/03 re: notice of appeal (153-1) |
| 167 - 1 | 02/03/04 | [Re: DEF 2] cy 9CCA Certificate of Record. (153-1) cc: R. Rushing, T. Burgess, Judge Holland, 9CCA (Original) |
| 168 - 1 | 02/20/04 | USM Return of svc on Judgment on 12/15/03 to FCI YAZ at Yazoo City, MS. |
| 169 - 1 | 05/13/04 | [Re: DEF 2] Copy of Order from 9CCA. (153-1) Requests for leave to proceed I/P and for appointment of cnsl granted. Clerk shall change dkt to reflect appellant's I/P status. Cnsl will be appointed by separate order. Clerk Shall serve a cy of this order on FPD, 550 W 7th Ave, Ste 1600, Anchorage, AK 99501-3568 who will locate appointed cnsl. District Court shall provide Clerk of this court with name and address of appointed cnsl by fax (415-556-6228) w/in 14 days of locating cnsl. Because def's projected release date is 2/28/05, Mr. Curtner is req'd to locate cnsl who can give this appeal immediate attention. The Clerk shall serve a cy of def's 4/15/04 mot, whihc includes requests to expedite the appeal and for bail pending appeal, on Mr. Curtner, who shall provide the mot to newly appointed cnsl. Because def will be represented by appointed cnsl, the 4/15/04 mot is denied w/o prejudice to renewal by new cnsl, if appropriate; new cnsl shall consult with appellant Rushing re the propriety of renewing the mot. The court notes that a req for bail pending appeal must be presented to the district court in the first instance. The district has issued a COA. Def's opening brief and excerpts of record are due 7/12/04. Governments answering brief due 8/11/04. Appellant Rushing's reply brief is due 14 days after svc of answering brief. Clerk shall calendar this appeal for hearing in Seattle during week of 10/4 thru 10/8, 2004. Because hearing of appeal has been expedited, mots to ext time for filing briefs will be viewed with disfavor. cc: R. Rushing, T. Burgess, FPD |
| 170 - 1 | 07/23/04 | DEF 2 motion (Emergency) for bail pending appeal. |
| 171 - 1 | 07/23/04 | [Re: DEF 2] JWS Minute Order The US shall file a response to D-2's emergenty motion for bail pending appeal at dkt 170 by 8/6/04, def shall have until 8/13/04 to file a reply. cc: AUSA, FPD, Judge Holland |
| 172 - 1 | 08/02/04 | [Re: DEF 2] Copy of Order from 9CCA. (153-1) Appellant's late mot for ext of time to file opening brief GRANTED. Opening brief due 8/2/04. Further delay in filing opening brief is disfavored. Answering brief due 9/1/04 & optional reply brief due 14 days after svc of answering brief. Appeal shall be removed from Oct 4-8, 2004 calendar and placed on November, 2004 calendar. cc:cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                              "USA V TECHNIC SERVICES INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 173 - 1 | 08/06/04 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion (Emergency) for bail pending appeal (170-1) w/att exhs. |
| 174 - 1 | 08/06/04 | DEF 2 reply to opposition to DEF 2 motion (Emergency) for bail pending appeal (170-1). |
| 175 - 1 | 08/09/04 | DEF 2 Notice of lodging re: reply to oppo re: DEF 2 motion (Emergency) for bail pending appeal (170-1) w/att exh. |
| 176 - 1 | 08/11/04 | [Re: DEF 2] HRH Order denying mot (Emergency) for bail pending appeal (170-1). cc: USA, R. Rushing, M. Geddes |
| 177 - 1 | 08/30/04 | [Re: DEF 2] Copy of Order from 9CCA (153-1). The appellant's mot for bail pending appeal is denied. The briefing schedule established previously shall remain in effect. cc:USA, H. Rushing, USM, PO, Judge Holland |
| NOTE - 12 | 10/04/04 | Notation (re: Appeal): forwarded change of address ot 9CCA. |
| 178 - 1 | 10/04/04 | DEF 2 Address Change Notice. |
| 179 - 1 | 10/25/04 | [Re: DEF 2] Copy of Order from 9CCA that crt is in receipt of appellant's mot because appellant is represented by nsl the crt declines to entertain the motion. Clk to svc copy of pro se mot on appellant's cnsl Mary Geddes (FPD) an clk to serve order on appellant individually. (153-1) cc: USA, FPD, Judge Holland, R. Rushing |
| NOTE - 13 | 11/08/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of 7 original vols & 2 expandos w/transcripts dkt #117A-C & D-F. |
| NOTE - 14 | 11/12/04 | Notation (re: Appeal): received receipt from 9CCA that the received files. |
| 180 - 1 | 09/28/05 | DEF 2 Attorney Appearance of M.Geddes(FPD). |
| 181 - 1 | 09/28/05 | DEF 2 motion for appointment of counsel. |
| 182 - 1 | 09/30/05 | [Re: DEF 2] HRH Order granting motion for appointment of counsel (181-1). The FPD shall enter an appearance and represent the def in all further district court proceedings in this matter. cc: AUSA, FPD, USM, USPO |
| 183 - 1 | 10/17/05 | [Re: DEF 2] 9CCA Judgment Order re: notice of appeal (153-1) that the district court's decision is Remanded w/att memo. cc: USA,FPD, USM, PO, Judge Holland |
| 184 - 1 | 10/19/05 | [Re: DEF 2] HRH Order re: proceedings on remand; def to notify crt in writing by 10/31/05 whether he will opt out of Ameline III sentence review process; if def pursues resentencing def to file memo w/i 30 days from date of this ord; plf's memo due w/i 15 days of svc of def's memo. cc: USA, FPD |
| 185 - 1 | 10/31/05 | DEF 2 Unopposed motion to extend time for notice of defendant's intent w/att aff. |
| NOTE - 15 | 11/02/05 | Notation (re: Appeal): D.C. record received from 9CCA consisting of 7 original vols & 2 expandos w/transcripts dkt #117A-C & D-F. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A00-0023--CR (HRH)
                              "USA V TECHNIC SERVICES INC ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 186 - 1 | 11/02/05 | [Re: DEF 2] HRH Order granting unoppo mot to extend time for notice of def's intention to seek resentencing (185-1). cc: USA, FPD |
| 187 - 1 | 11/04/05 | DEF 2 Status Report. |
| 188 - 1 | 11/10/05 | [Re: DEF 1] HRH Minute Order re def's memo as directed due 12/1/05; govt's memo in response due 12/16/05. cc: USA, FPD |