FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4: 16

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICK RUSHING,<br><br>Defendant. | Case No. A00-0023-002 CR (HRH)<br><br>**ADDENDUM AND ERRATA TO MOTION FOR RESENTENCING** |

Defendant, Rick Rushing, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this addendum and *errata* to his motion for resentencing.

There is an additional and compelling reason why this court should revisit the amount of the fine. Rick Rushing was convicted for one count of violating the Clean Water Act, a class E felony. The undersigned mistakenly stated in her memorandum that "the jury found that Mr. Rushing was in violation of the Clean Water Act for 104 days," referring to a jury verdict. The undersigned has since reviewed the verdict form for Count 2 (attached)

192

and it reveals the following: that Mr. Rushing, as a "responsible corporate officer," was convicted "as to count 2," but the verdict form was silent in all other respects. *There was no specific finding as to the number of days the Act was violated.* Count 2 of the indictment (also attached), to which the verdict refers, utilized the inexact "on or about" language to frame the period in which the single violation took place, but did not specify how many days of violation. Nevertheless, it appears that the sentencing court also mistakenly assumed that there was a special verdict, based on its calculation of a fine.

For the reasons stated previously and in this errata, Mr. Rushing respectfully asks that this court re-convene for the purpose of determining the applicable fine in his case.

Dated at Anchorage, Alaska, this 13th day of December, 2005.

Respectfully submitted,
THE OFFICE OF FEDERAL DEFENDER
FOR THE DISTRICT OF ALASKA

Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 13, 2005,
I hand delivered a copy of this document to:

Kevin Feldis, Esq
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue, No. 9, Rm 253
Anchorage, AK 99513-7567

Lenora L. Roehling

2