FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22  PM 4: 00

TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>RICK RUSHING,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. A00-0023 CR   (HRH)

**UNITED STATES' MOTION
FOR ADDITIONAL TIME
TO RESPOND**

Filed on Shortened Time

COMES NOW the United States Attorney's Office, by and through

Kevin Feldis, Assistant U.S. Attorney, and hereby moves this Court on shortened

time for additional time to respond to Defendant's Motion for Re-Sentencing.

Undersigned counsel has taken over this matter from Mr. Burgess, trial counsel,

and respectfully requests additional time to familiarize himself with the trial and

sentencing record.

193

On November 10, 2005, after the defendant had sought and obtained a prior extension of time, the Court entered a scheduling order providing that the defendant would have until December 1, 2005 to file a memorandum addressing the question of "whether or not the court would have imposed a materially different sentence of fine had the court known that the Sentencing Commission guidelines were advisory as opposed to mandatory." The Court further allowed the United States 15 days to respond.

On December 2, 2005, the United States received defendants "motion for re-sentencing as a result of Ameline remand and the district court's own reservation of future authority to revisit the fine." Defendant's motion went beyond the limited scope of addressing the question of whether the defendant's sentence would have been different under an advisory guideline system. In fact, on December 6, 2005, the United States received defendant's notice of filing financial statements, which included a stack of un-audited financial statements and documents. On December 13, 2005, defendant filed an addendum and errata to his motion for re-sentencing.[1]

The United States does not believe that the defendant's fine sentence would

---

[1]Using the date of defendant's original motion, the government's response would have been due December 19th. Beginning from defendant's amended motion, the government's response is currently due December 28, 2005.

2

have been any different had the court known that the sentencing guidelines were advisory. In fact, the Court relied upon the statutory per day fine calculation, not the guideline range, when imposing the fine. For this and other reasons, the United States intends to oppose any re-sentencing or reduction in the fine originally imposed. Undersigned counsel, however, is new to the case and is not yet sufficiently familiar with all aspects of the trial and sentencing record. Moreover, defendant's motion, most recently supplemented and amended on December 13th, goes beyond the scope authorized by the court or anticipated by the government.

For all these reasons, the United States respectfully request that it be allowed until January 6, 2006 to file a more complete response. The United States does not believe that defendant will suffer any prejudice by this short continuance.

RESPECTFULLY SUBMITTED this 22nd day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney

3

## **CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct
copy of the foregoing was sent to the following counsel
of record on December 22, 2005, via:

( ✔ ) Placed in FPDO Box at USAO Front Desk

Mary C. Geddes
Asst. Federal Public Defender
550 W. 7th Ave., #1600
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 22, 2005.

Office of the U.S. Attorney

4