MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED DEC 2 3 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA   v. | TECHNIC SERVICES, INC., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | CASE NO.  No. A00-0023-CR (HRH) |
| This Order pertains to: | RUSHING, Rick (D-02) |
| Deputy Clerk      Pam Richter | Official Recorder |

APPEARANCES:   for PLAINTIFF: ----

for DEFENDANT: ----

PROCEEDINGS:   **Order from Chambers**

---

The Government has filed a motion on shortened time requesting additional time to respond to defendant's motion for resentencing.

The motion for additional time to respond (Clerk's Docket No. 193) is granted. The Government's response shall be filed on or before January 6, 2006.

---

IMMEDIATE NOTIFICATION
IS REQUESTED

✓ 12/23/05 t/c notice: USA, FPD

A00-0023--CR (HRH)   12-23-05
-----------------------------------------
✓ M. GEDDES (FPD)
✓ K. FELDIS (US ATTY)

194