Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RICK RUSHING,<br><br>　　　　　　　　Defendant. | Case No. A00-0023-002 CR (HRH)<br><br>**NOTICE TO COURT OF DEFENDANT'S INTENTION TO FILE REPLY TO DKT. 195** |

　　　　Defendant, Rick Rushing, by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully notifies this court that he intends to file a reply to the government's pleading, at docket 195, concerning his motion for resentencing.  Mr. Rushing will file that reply on Monday, January 9, 2005.

　　　　The filing of a reply should assist this court in its determination of the issue at hand.  Mr. Rushing's counsel, the undersigned, was on leave at the time the government filed its Motion for Additional Time To Respond, on December 22, 2005.  Both that motion and

the government's response, filed yesterday, miscast the appellate record, and therefore the scope of the *Ameline* remand.  Mr. Feldis recently has entered his first appearance as government counsel and that may explain it.

Dated at Anchorage, Alaska, this 6th day of January, 2006.

Respectfully submitted,

THE OFFICE OF FEDERAL DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 6, 2006, a copy of the
foregoing Notice to Court of Defendant's Intention
to File Reply to Dkt. 195 was served electronically on:

Kevin Feldis, Esq.

/s/ Mary C. Geddes