Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RICK RUSHING,<br><br>　　　　　　Defendant. | Case No. 3:00-cr-0023-002-HRH<br><br>**NOTICE OF APPEAL** |

　　　　Defendant, Rick Rushing, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this notice of appeal from the district court's denial of resentencing pursuant to an Ameline remand.

///

///

///

///

///

      DATED this 3rd day of February, 2006.

      Respectfully submitted,

      FEDERAL PUBLIC DEFENDER
      FOR THE DISTRICT OF ALASKA

      /s/ Mary C. Geddes
      Assistant Federal Defender
      Alaska Bar No. 8511157
      550 West 7th Avenue, Suite 1600
      Anchorage, AK  99501
      Ph:  (907) 646-3400
      Fax:  (907) 646-3480
      mary_geddes@fd.org

Certification:

I certify that on February 3, 2006, a copy of the
foregoing Notice of Appeal was served electronically on:

Kevin Feldis, Esq.

/s/ Mary C. Geddes