**FILED**
JUN 07 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JUN 1 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | C.A. No. 06-30123 |
|---|---|
| Appellee, | D.C. No. 3:00-cr-0023-HRH |
| | Alaska (Anchorage) |
| vs. | |
| | NOTICE OF UNAVAILABILITY |
| RICK RUSHING, | AND MOTION FOR EXTENSION |
| | OF TIME TO FILE REPLY |
| Appellant. | BRIEF |

Under the current briefing schedule, appellant's reply brief will be due on July 3, 2006. Appellant hereby notifies the court that counsel will be out of the office between May 28 and July 4, 2006. Accordingly, in the event the briefing schedule remains the same, appellant requests a two-week extension, until July 16, 2006, within which to file his reply brief.

PRO MO
MAY 3 1 2006
INITIAL _____

DATED this 24th day of May, 2006.

Respectfully submitted,

MOTION GRANTED
SUBJECT TO 9th CIRCUIT. R. 27-10

_____
DEPUTY CLERK
BRIEF NOW DUE: July 17, 2006

THE OFFICE OF FEDERAL DEFENDER
FOR THE DISTRICT OF ALASKA

_____
Mary C. Geddes
Assistant Federal Defender

JUN - 1 2006