**FILED**

**NOT FOR PUBLICATION**

**JUN 14 2007**

UNITED STATES COURT OF APPEALS

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30123 |
| Plaintiff - Appellee, | D.C. No. CR-00-00023-HRH |
| v. | |
| RICK RUSHING, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, District Judge, Presiding

Submitted June 5, 2007**

Before:   LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

Rick Rushing appeals from the judgment imposing a statutory fine following a remand in accordance with *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc). We have jurisdiction under 28 U.S.C. § 1291. We review for reasonableness, *see Ameline*, 409 F.3d at 1085, and we affirm.

---

   *   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   **  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Rushing seeks to challenge, for the third time in as many appeals, the number of days he allegedly violated the Clean Water Act for purposes of calculating a fine under 33 U.S.C. § 1319(c)(2)(A). Our previous holding, that the district court properly computed the amount of the fine, is now the law of the case. *See United States v. Technic Servs.*, 314 F.3d 1031, 1053 (9th Cir. 2002) (affirming fine imposed against Rushing); *Leslie Salt Co. v. United States*, 55 F.3d 1388, 1392-93 (9th Cir. 1995). Moreover, the district court complied with 18 U.S.C. §§ 3553 and 3572 by explaining that it would have imposed the same fine had it known at the time of the first sentencing hearing that the Sentencing Guidelines were merely advisory. *See United States v. Eureka Labs., Inc.*, 103 F.3d 908, 913-14 (9th Cir. 1996). In view of the scope of the *Ameline* remand, and the record as a whole, we cannot say that the sentence is unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied*, 126 S. Ct. 2314 (2006).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 0 6 2007
by Signature redacted
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-30123 USA v. Rushing

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Kevin R. Feldis, Esq.<br>FAX<br>907/271-5071<br>Rm. 253<br>[COR LD NTC aus]<br>Jo Ann Farrington, Esq.<br>FAX 907/271-1500<br>907/271-5071<br>Rm. 253<br>[COR LD NTC aus]<br>USAK - OFFICE OF THE U.S.<br>ATTORNEY<br>Federal Bldg. & U.S. Courthouse<br>222 W. Seventh Ave.<br>Anchorage, AK 99513-7567 |
| v. | |
| RICK RUSHING<br>    Defendant - Appellant | Mary C. Geddes, Esq.<br>FAX 907/646-3480<br>907/646-3400<br>Suite 1600<br>[COR LD NTC afp]<br>FPDAK - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (ANCHORAGE)<br>601 W. Fifth Ave.<br>Anchorage, AK 99501 |