PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

RECEIVED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.   Case No.   3:00-CR-0023-02-HRH

Rick Rushing

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 27, 2008. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE   2/27/08

Chris Liedike   Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this **28** day of **Feb**, 20**08**

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge