RECEIVED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RICK RUSHING

DEFENDANT

VS.

UNITED STATES OF AMERICA

PLAINTIFF

CASE NO: CR-00 -00023 - HRH

# EXPEDITED MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Rick Rushing pro se and presently acting without aid of legal counsel, respectfully moves this Honorable Court to appoint Defendant Rushing legal counsel from within the Federal Public Defender Office to file a Motion under 28 USC 2255 based on ineffective trail counsel and newly discovered evidence.

In support of this motion Defendant Rushing states this Court may appoint adequate representation for defendant under Title 18 USC 3006A.

That Rushing remains in federal custody pursuant to this Courts order directing Defendant to pay a fine under the supervision of U.S. Probation and Pretrial Services. Monthly fine payments are current.

That the date on which the judgment of conviction became final was on November 5, 2007 after denial of Writ of Certiorari by the Supreme Court Of The United States, which is within the 1-year limitation period to file under 28 USC 2255 and or within the date on which the right asserted was initially recognized by the Supreme Court.

That Rushing does not have the financial ability to pay or retain private counsel.

That Rushing by attachment to this motion Defendant submits copies of his 2005, 2006 and 2007 IRS Tax Returns along with a notarized income statement giving present financial disclosure for this Court's review and consideration.

**CONCLUSION**

WHEREFORE, based on financial inability to pay or retain private counsel, Defendant respectfully request this Court to grant this motion to appoint Federal Legal Counsel to Rushing.

Submitted on this 11 day of August, 2008

Rick Rushing- SS# 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
5760 FIJI STREET
ANCHORAGE, ALASKA 99507
# 907-868-5025

## CERTIFCATE OF SERVICE

This is to certify a signed copy and attachments of the Expedited Motion For Appointment Of Counsel was hand delivered by Rick Rushing on the 11 day of August, 2008 to the U.S. Attorney's Office, Rom C-253 in the U.S. Federal Building and Courthouse, located at 222 W. Seventh Avenue, Anchorage, Alaska, 99513.

                                                                                                                      _____ 8-11-08
                                                                                                                       Rick Rushing
                                                                                                                       5760 FIJI STREET
                                                                                                                       Anchorage, Alaska 99507
                                                                                                                       #907-868-5025