IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,      )<br>                              )<br>     vs.                      )<br>                              )<br>RICK RUSHING        [D-02]    )<br>                              )   No. 3:00-cr-0023-HRH<br>              Defendant.      )<br>_____) | |

O R D E R

Motion for Appointment of Counsel[1]

Defendant Rushing moves pro se for the appointment of counsel to assist him with a proposed motion pursuant to 28 U.S.C. § 2255 based upon ineffective assistance of counsel and newly discovered evidence. It is the court's understanding that Mr. Rushing has served his sentence of imprisonment and supervised release has been terminated.[2] The motion gives the court no insight into the basis for defendant's ineffective assistance contention, nor what newly discovered evidence there is that might reflect upon his conviction and sentence. Under these circumstances, the court declines to appoint counsel.

---

[1] Docket No. 209.

[2] Docket No. 208.

- 1 -

The motion for appointment of counsel is denied. Defendant may file his pro se motion pursuant to 28 U.S.C. § 2255 and may, if he chooses, renew his motion for appointment of counsel when that motion has been filed.

DATED at Anchorage, Alaska, this 12th day of August, 2008.

/s/H. Russel Holland
United States District Judge